

**FILED**

12/29/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 21-0004

# IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 21-0004

---

IN RE THE PETITION OF
RILEY M. WAVRA

**FILED**

DEC 2 9 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

---

Riley M. Wavra has petitioned this Court for admission to active status in the State Bar of Montana after having been on inactive status since March 2021.

IT IS ORDERED that upon payment of the appropriate fees to the State Bar of Montana, Petitioner shall be admitted to the active practice of law in the state of Montana.

The Clerk is directed to provide copies of this Order to Petitioner and to the State Bar of Montana.

DATED this 29 day of December, 2021.

For the Court,

By _____
Chief Justice